# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANDREW BINNS et al.,  )<br>  )<br>   Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>CHRISTINA SAXE et al.,  )<br>  )<br>   Defendants.  ) | Case No. CV416-071 |

## O R D E R

The Court having reviewed and considered the petition of Shelley Driskell Momo of the law firm of Carreras & Lemoine LLP, 115 Perimeter Center Place, Suite 640, Atlanta, Georgia 30346, for permission to appear pro hac vice on behalf of plaintiffs Andrew Binns et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Shelley Driskell Momo as counsel of record for plaintiffs Andrew Binns et al., in this case.

**SO ORDERED** this __23rd__ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA