# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANDREW BINNS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-071 |
| ) | |
| CHRISTINA SAXE et al., ) | |
| ) | |
| Defendants. ) | |

# O R D E R

The Court having reviewed and considered the petition of Manori De Silva of the law firm of Stanton Law, LLC, 410 Plasters Avenue, Suite 200, Atlanta, Georgia 30324, for permission to appear pro hac vice on behalf of plaintiffs Andrew Binns et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Manori De Silva as counsel of record for plaintiffs Andrew Binns et al., in this case.

**SO ORDERED** this   26th   day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA